# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In Re:   Joseph L. LaFrance

Chapter 13
Bankruptcy Case 02–42450
Judge Henry J. Boroff

## CLERK'S CERTIFICATION FOR TRANSMITTAL OF RECORD ON APPEAL

04-30153-MAP

I, JAMES M. LYNCH, Clerk of the United States Bankruptcy Court for the District of Massachusetts, do hereby certify that the annexed documents are copies of the original papers as described in the accompanying Designation of Record and constitute the Record on Appeal in the case entitled and numbered **02–42450 Joseph L. Lafrance (Missing Document 120) Will Forward Upon Receipt** .

IN TESTIMONY WHEREOF, I HEREUNTO SET MY HAND AND AFFIX THE SEAL OF THIS COURT, AT WORCESTER , IN THE DISTRICT OF MASSACHUSETTS, THIS 17th DAY OF AUGUST .

Date: 8/17/04

James M. Lynch
Clerk, U.S. Bankruptcy Court



By the Court,

Alberto Barrera

Deputy Clerk
(508) 770– 8943

Receipt of the documents in the above–entitled case as described in the Designation of Record is hereby acknowledged this _10th_ day of _August_ ,_____, _____.

This case has been assigned No. 04-30153-MAP

_Mary Finn_
DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| IN RE | Chapter 13 |
|---|---|
| JOSEPH L. LaFRANCE | Case No: 02-42450-HJB |
| Debtor | |

NOTICE OF APPEAL

FRANCIS LAFAYETTE the counsel of record to debtor, appeals under U.S.C. § 158(a) or (b) from the order of the bankruptcy judge

07/08/2004 111 Memorandum of Decision Dated 7/8/2004 Regarding: 107 Motion to Reconsider 103 Order Filed by Attorney Francis Lafayette. A SEPARATE ORDER SHALL ISSUE. (sas, usbc) (Entered: 07/08/2004)

07/08/2004 112 Order Dated 7/8/04 Denying 107 Motion to Reconsider 103 Order Filed by Attorney Francis Lafayette. (sas, usbc) (Entered: 07/08/2004)

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

```
Appellant  Francis Lafayette
Debtor:    Stefan Davis
Attorney:  Francis Lafayette
Address:   Post Office Box 1020
           Palmer, MA 01069
           BBO# 282960
Telephone: (413) 283-7785

Appellee
Trustee:   Denise M. Pappalardo
           Chapter 13 Trustee
Address:   P.O. Box 16607
           44 Front Street, Suite 230
           Worcester, MA  01601
Telephone: (508)  791-3300
```

Respectfully

*Francis Lafayette J.D.*
Francis Lafayette, J. D.
1024 Park Street
Post Office Box 1020
Palmer, MA 01069
(413) 283-7785
BBO# 282960

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| IN RE<br>    JOSEPH L. LaFRANCE<br>                Debtor | Chapter 13<br>Case No: 02-42450-HJB |

### CERTIFICATE OF SERVICE

    I, Francis Lafayette, J. D. have served a copy of the DEBTOR'S notice of appeal on the following parties:

Richard King
Assistant US Trustee
Office Of United States Trustee
446 Main St Ste 14
Worcester MA 01608-2361

Denise M. Pappalardo
P.O. Box 16607
Worcester, MA  01601

Joseph L. LaFrance
48 Stafford Rd.
Holland, MA 01521


*[signature: Francis Lafayette, J.D.]*
Francis Lafayette, J. D.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| IN RE | Chapter 13 |
|---|---|
| JOSEPH L. LaFRANCE | Case No: 02-42450-HJB |
| Debtor | |

ELECTION TO PROCEED TO DISTRICT COURT

The debtor pursuant to 28 U.S.C. § 158(c)(A) files this separate statement of election to have the appeal heard by the district court at the time of the filing of the appeal.

Respectfully

*[signature]*
Francis Lafayette, J. D.
1024 Park Street
Post Office Box 1020
Palmer, MA 01069
(413) 283-7785
BBO# 282960

117

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| IN RE | Chapter 13 |
| JOSEPH L. LaFRANCE | Case No: 02-42450-HJB |
| Debtor | |

CERTIFICATE OF SERVICE

I, Francis Lafayette, J. D. have served a copy of the DEBTOR'S ELECTION TO PROCEED TO DISTRICT COURT on the following parties:

Richard T. King
United States Trustee
446 Main Street., 14th Floor
Worcester, MA 01608

Denise M. Pappalardo
P.O. Box 16607
Worcester, MA 01601

Joseph L. LaFrance
48 Stafford Rd.
Holland, MA 01521

Francis Lafayette, J. D.