As in the LaFrance decision, this Court finds the existence of the alleged illnesses insufficient to justify Attorney Lafayette's failure to timely act. It is unlikely that either or any of these alleged conditions interfered in any material way with his ability to file a timely notice of appeal. This Court has checked with the records of the Clerk's Office and is advised (and takes judicial notice) that during the period of June 10, 2004 to June 21, 2004 in which the filing would have been timely, Attorney Lafayette:

1. appeared before this Court on June 16, 2004 in five (5) separate hearings; and

2. electronically filed eighty three (83) pleadings, five (5) of which were new bankruptcy cases, spread throughout the relevant period.[1]

A copy of that listing is attached hereto.

In light of the foregoing, this Court finds that Attorney Lafayette's failure to timely file his notice of appeal was within his control and resulted from his own inexcusable negligence. The Motion will, accordingly, be denied. A separate Order shall issue.

DATED:   July 8, 2004

Henry J. Boroff
United States Bankruptcy Judge

cc:   Francis Lafayette, Esq.
Denise Pappalardo, Chapter 13 trustee
United States trustee
Debtors

---

[1] Eighteen were filed on weekend days.

3

# Report of Filings by Attorney Frances Lafayette
## June 10, 2004 through June 21, 2004

### June 10, 2004

**03-44298**
| | | |
|---|---|---|
| 53 | Motion to Reconsider | Bennett |
| 54 | Declaration Re: Electronic Filing | Bennett |

**03-45556**
| | | |
|---|---|---|
| 35 | Motion to Reconsider | Gorski |
| 36 | Declaration Re: Electronic Filing | Gorski |

**04-42668**
| | | |
|---|---|---|
| 11 | Schedules A-J | Adasiewicz |
| 12 | Chapter 13 Agreement between debtor and counsel | Adasiewicz |
| 13 | Chapter 13 Plan | Adasiewicz |
| 14 | Motion to Extend | Adasiewicz |
| 15 | Declaration Re: Electronic Filing | Adasiewicz |

**04-43304**
| | | |
|---|---|---|
| 1 | Voluntary Petition (Chapter 13)(Attorney) | Pascale |
| 3 | Statement of Social Security Number(s) | Pascale |
| 4 | Declaration Re: Electronic Filing | Pascale |

**04-43338**
| | | |
|---|---|---|
| 1 | Voluntary Petition (Chapter 13)(Attorney) | Cabrera |
| 2 | Statement of Social Security Number(s) | Cabrera |
| 3 | Declaration Re: Electronic Filing | Cabrera |

Total Filings on:  June 10, 2004    15


June 11, 2004

**03-46928**
| | | |
|---|---|---|
| 24 | Motion to Convert Case to Chapter 7 | Moccio |
| 25 | Declaration Re: Electronic Filing | Moccio |

**03-47195**
| | | |
|---|---|---|
| 37 | Opposition | Kelly |
| 38 | Opposition | Kelly |

Total Filings on:   June 11, 2004   4



June 13, 2004

**04-43053**

| | | |
|---|---|---|
| 8 | Schedules A-J | McCarthy |
| 9 | Chapter 13 Plan | McCarthy |
| 10 | Motion to Extend | McCarthy |
| 11 | Chapter 13 Agreement between debtor and counsel | McCarthy |
| 12 | Declaration Re: Electronic Filing | McCarthy |

Total Filings on: June 13, 2004    5


**June 14, 2004**

**02-45468**
  123  Stipulation    Babb

**04-43026**
  9  Schedules A-J    Austin
  10  Declaration Re: Electronic Filing    Austin

**04-43053**
  13  Notice    McCarthy

Total Filings on: June 14, 2004    4


June 15, 2004

**02-47473**
  73   Opposition                                           Martin

**04-41885**
  19   Amended Chapter 13 Plan          Mulverhill
  20   Motion to Modify Plan               Mulverhill
  21   Amended Schedules                 Mulverhill
  22   Motion to Amend Schedules     Mulverhill
  23   Declaration Re: Electronic Filing   Mulverhill

Total Filings on:  June 15, 2004    6

**June 16, 2004**

| | | |
|---|---|---|
| **02-44216** | | |
| 50 | Chapter 13 Trustee's Motion for Order Dismissing Case | Ranger |
| **03-47113** | | |
| 52 | Opposition | Dion |
| 53 | Opposition | Dion |
| **04-04300** | | |
| 14 | Stipulation | Moreno |
| **04-40724** | | |
| 65 | Motion to Extend | Buckert |
| 66 | Motion to Extend | Buckert |
| 67 | Exhibit A | Buckert |
| 68 | Amended Schedules | Buckert |
| 69 | Motion to Amend | Buckert |
| **04-42835** | | |
| 8 | Notice | Yankson |
| **04-43426** | | |
| 1 | Voluntary Petition (Chapter 7)(Attorney) | Wheeler |
| 3 | Statement of Social Security Number(s) | Wheeler |
| 4 | Declaration Re: Electronic Filing | Wheeler |
| **04-43440** | | |
| 1 | Voluntary Petition (Chapter 13)(Attorney) | Arnold |
| 2 | Chapter 13 Plan | Arnold |
| 4 | Statement of Social Security Number(s) | Arnold |
| 5 | Declaration Re: Electronic Filing | Arnold |

Total Filings on:   June 16, 2004    17


June 17, 2004

**03-46552**
| | | |
|---|---|---|
| 73 | Amended Chapter 13 Plan | Bouffard |
| 74 | Motion to Amend | Bouffard |
| 75 | Amended Schedules | Bouffard |
| 76 | Motion to Amend | Bouffard |
| 77 | Certificate of Service | Bouffard |
| 78 | Declaration Re: Electronic Filing | Bouffard |

**04-40833**
| | | |
|---|---|---|
| 21 | Opposition | Fenner |

Total Filings on:   **June 17, 2004**   7

June 18, 2004 

**04-41219**
    41    Stipulation        Kelley
    42    Motion to Approve        Kelley

Total Filings on:    June 18, 2004    2

June 19, 2004 

**03-46346**
- 30   Objection to Claim — Provost-Lamy
- 31   Declaration Re: Electronic Filing — Provost-Lamy

**03-46928**
- 31   Notice of No Post Petition Creditors — Moccio
- 32   Declaration Re: Electronic Filing — Moccio

**04-42636**
- 12   Amended Chapter 13 Plan — Rolo
- 13   Motion to Amend — Rolo
- 14   Amended Schedules — Rolo
- 15   Motion to Amend Schedules — Rolo
- 16   Declaration Re: Electronic Filing — Rolo

**04-43537**
- 1   Voluntary Petition (Chapter 7)(Attorney) — Woods
- 3   Statement of Social Security Number(s) — Woods
- 4   Declaration Re: Electronic Filing — Woods

Total Filings on:   June 19, 2004   12

June 20, 2004

**04-40809**
  20   Opposition                                                        Price

Total Filings on:   June 20, 2004    1

### June 21, 2004

**01-43979**
| | | |
|---|---|---|
| 54 | Notice of Post Petition Creditors | Moreno |
| 55 | Statement of Intent | Moreno |
| 56 | Declaration Re: Electronic Filing | Moreno |

**02-40021**
| | | |
|---|---|---|
| 73 | Motion to Incur Debt | Barrett |

**02-45958**
| | | |
|---|---|---|
| 77 | Opposition | Livingstone |

**02-46690**
| | | |
|---|---|---|
| 69 | Motion to Continue/Reschedule Hearing | Knoll |
| 71 | Opposition | Knoll |
| 72 | Certificate of Service | Knoll |

**04-40249**
| | | |
|---|---|---|
| 33 | Certificate of Service | Spears |

**04-41129**
| | | |
|---|---|---|
| 13 | Motion to Appear Telephonically | Beaucage |

Total Filings on:   June 21, 2004    10

Total Filings for this report:     83