UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In RE:                              Case No: 02-42450-HJB
                                    Chapter 13
JOSEPH L. LaFRANCE
    Debtor

MEMORANDUM IN SUPPORT OF
MOTION FOR RECONSIDERATION AND
TO ALLOW LATE FILING OF APPEAL
ON GROUNDS OF EXCUSABLE NEGLECT
(Fed. R. Bankr. P. 8002@)

The time for filing a notice of appeal is set forth in Fed. R. Bankr. P. 8002, which requires that the notice of appeal be filed within ten days after the date the order is entered. Fed. R. Bankr. P. 8002(a). Notwithstanding Fed. R. Bankr. P. 8002@) empowers a bankruptcy court to permit a late filing of a notice of Appeal if the party's failure to comply with an earlier deadline was the result of "excusable neglect".

Francis Lafayette filed a notice of appeal on June 24, 2004, four days past the deadline. On June 30, 2004 the Court entered an order dismissing the appeal as untimely.

Francis Lafayette respectfully requests the Court for reconsideration for the following reasons.

On May 3, 2003 Francis Lafayette was hospitalized at the Wing Memorial Hospital, Palmer, MA with in a critical diabetic condition. This required constant transfusions of insulin. Upon release from the hospital medication was prescribed by Francis Lafayette, attending physical which was suppose to control the diabetic condition. Following the admission Francis Lafayette faithfully took the prescribed medication, however, on June 24, 2004 Francis Lafayette's attending physician doubled the strength of the diabetic medication, as the original prescription was not sufficient to control Francis Lafayette's diabetic condition. Tiredness or weakness, numbness or tingling in hands or feet and blurred vision are some of the known effects of uncontrolled diabetes. See Attached Exhibit "A".

On June 3, 2004 a second medical doctor gave diagnosis of Francis Lafayette concerning another medical matter as "polyneuropathy" and that this condition causes Francis Lafayette to unable to walk 200 feet without assistance. See Attached Exhibit "B".

To some extend the condition of polyneuropathy becomes worse as the diabetic condition goes out of control. As a result normal tasks such as walking and typing are extremely painful.

During the time period of the entry of the order which was June 10, 2004 to the date of the filing of the appeal June 24, 2004, Francis Lafayette was placed on an incorrect dosage of medication which was not sufficient to override the effects of diabetes. As a result Francis Lafayette was very ill with uncontrolled blood sugar and as a further result of the both illnesses Francis Lafayette did not file the appeal timely.

On June 24, 2004 was placed on a higher diabetic medication prescription which according his doctor should bring things more normal.

Francis Lafayette respectfully requests the Court to apply the doctrine of excusable neglect. The Bankruptcy Court should evaluate Francis Lafayette' conduct against several factors, including: (1) whether granting the delay will prejudice the

appeal; (2) the length of the four (4) day delay and its impact on efficient court administration; (3) whether the delay was beyond the reasonable control of the person whose duty it was to perform; (4) whether the person appealing acted in good faith and whether the failure to timely file the appeal resulted from negligence, indifference or culpable conduct.

Francis Lafayette's failure to timely file the appeal resulted from unanticipated illness which an insufficient medication was prescribed.

Respectfully

Francis Lafayette, J.D.
1024 Park Street
Post Office Box 1020
Palmer, MA 01069
(413) 283-7785

Certificate of Service

I, Francis Lafayette certify that I caused a copy of the foregoing pleading to be served upon the parties shown below by mailing a copy of the same, postage prepaid, first class mail to:

Denise M. Pappalardo
Chapter 13 Trustee
Denholm Building
P. O. Box 16607
Worcester, MA 01601

UNITED STATES TRUSTEE
446 Main Street
14th Floor
WORCESTER, MA 01608

Joseph L. LaFrance
60 Sayles Street
Southbridge, MA 01550


Francis Lafayette, J.D.

# EXHIBIT "A"

**Wing Memorial**
Hospital and Medical Centers
A Member of
UMass Memorial Health Care

## FOLLOW UP TO YOUR RECENT DIAGNOSTIC TESTS OR RECENT PROCEDURE(S)

DATE: 6-24-04

PATIENT: Francis Lafayette   MR# _____

LAB TEST RESULTS:   X-RAY RESULTS:   MAMMOGRAM:   PAP SMEAR:

Prostate (cancer) screening test normal
Diabetes control - not good -
not surprising - will
recheck in several months

BASED ON THIS INFORMATION:

☐ NO FURTHER TESTS ARE REQUIRED AT THIS TIME
☐ STAY ON YOUR CURRENT MEDICATION
☐ CHANGE YOUR MEDICATION AS INDICATED: _____

☐ ARRANGE FOR THE FOLOWING: _____

SINCERELY:

_[signature]_   MD

WING MEDICAL CENTER AT:
☐ BELCHERTOWN, tel. 323-5118 fax: 323-6158
    20 Daniel Shays Highway, Belchertown, MA 01007
☐ LUDLOW, tel. 589-0583 fax: 583-5239
    34 Hubbard Street, Ludlow, MA 01056
☑ MONSON, tel. 267-9101 fax: 267-4606
    2 Main Street, Monson, MA 01057

☐ PALMER, tel. 284-5400 fax: 284-5194
    40 Wright Street, Palmer, MA 01069
☐ WILBRAHAM, tel. 596-3455 fax: 596-2961
    2344 Boston Road, Wilbraham, MA 01095
☐ Griswold Center, tel. 284-5285 fax: 284-5384
    40 Wright St., Palmer, MA 01069

750-1014 11/03

This information is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, transmission, re-transmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender.

01027

# EXHIBIT "B"

---

**TO BE COMPLETED BY HEALTH CARE PROVIDER**

CLINICAL DIAGNOSIS: Neuropathy (Required)

DURATION (circle one):  Temporary   (Permanent)
If temporary, please state # of months _____

**PLEASE CHECK *ALL* THAT APPLY:**

✓ Unable to walk 200 feet without assistance (clinical diagnosis MUST be completed)

___ Legally Blind* (Cert. Of Blindness may substitute for professional certification) (*automatic loss of license)

___ Chronic Lung Disease
Please state FEV1 Test results _____  O2 saturation with minimal exertion _____
Use of Portable Oxygen?  Yes _____  No _____

___ Cardiovascular Disease
AHA Functional Classification (circle one): I   II   III   IV*   (*automatic loss of license)

___ Arthritis (please state type, severity, and location) _____

___ Loss of or permanent loss of use of a limb
Description of functional disability _____

**HEALTHCARE PROVIDER *MUST* CHECK ONE:**

In my professional opinion and to a reasonable degree of medical certainty:

☑ The above condition, or any other medical condition of which I am aware, *WILL NOT IMPAIR* the safe *operation of a motor vehicle*.
☐ The person applying for this permit is *NOT* medically qualified to operate a motor vehicle safely.
☐ The medical condition as stated above is of such severity as to require a *COMPETENCY ROAD TEST*.

**CERTIFICATION:** (Please Print)

Healthcare Provider: Michael R. Sorrell, M.D.   Title: _____   Mass Board of Registration # 76495

Address: 300 Carew Street, Suite 2  Springfield, Massachusetts 01104

Telephone Number: 413-781-3050

Healthcare Provider's Signature: [signature]   Date: 6-3-04

-2-

MD060-0902

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In RE:

JOSEPH L. LaFRANCE
Debtor

Case No: 02-42450-HJB
Chapter 13

MOTION FOR RECONSIDERATION AND
TO ALLOW LATE FILING OF APPEAL
ON GROUNDS OF EXCUSABLE NEGLECT
(Fed. R. Bankr. P. 8002(c))

To the Honorable Henry J. Boroff, U.S. Bankruptcy Judge:

Now comes Francis Lafayette and moves the Court to reconsider the ORDER dated June 29, 2004 dismissing the Notice of Appeal of the Court's order of June 10, 2004 and to allow the filing of appeal late. Filed with this motion is a memorandum in support of this motion which sets forth facts sufficient to allow a late notice because of excusable neglect pursuant to Fed. R. Bankr. P. 8002(c).

Respectfully

*/s/ Francis Lafayette*
Francis Lafayette
BBO# 282960
Post Office Box 1020
Palmer, MA 01069
(413) 283-7785

Certificate of Service

I, Francis Lafayette, J. D., certify that I caused a copy of the foregoing motion to be served upon the parties shown below by mailing a copy of the same, postage prepaid, first class mail to:

Denise M. Pappalardo
Chapter 13 Trustee
Denholm Building
P. O. Box 16607
Worcester, MA 01601

UNITED STATES TRUSTEE
446 Main Street
14th Floor
WORCESTER, MA 01608

Joseph L. LaFrance
60 Sayles Street
Southbridge, MA 01550

Respectfully

*/s/ Francis Lafayette*
Francis Lafayette, J. D.