

United States District Court
For District of Massachusetts

CASE NO. 3:04-cv-30153-MAP

Bankruptcy Case No. 02-42450-HJB

IN RE: JOSEPH L. LAFRANCE,
            Debtor

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JOSEPH L. LAFRANCE

Appellant

v.

United States Trustee
Chapter 13 Trustee

Appellee

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

REPLY BRIEF OF APPELLANT
FRANCIS LAFAYETTE

## I. STATEMENT OF ISSUE

Whether the bankruptcy court's order of July 8, 2004 denying the late filing of an appeal was an abuse of discretion given that the late filing was not caused by excusable neglect.

## II. STATEMENT OF THE CASE AND FACTS

At page 4 of the Brief of Appellee, Denise Pappalardo, the Chapter 13 Trustee's Argument begins with an assumption that the filing of the an appeal two days late was not caused by excusable neglect and therefore the denial of the motion to allow late filing of the appeal was not an abuse of discretion.

There is no dispute that a "request to extend the time for filing a notice of appeal . . . may be filed not later than 20 days after the expiration of the time for filing a notice of appeal upon the showing of excusable neglect" Fed. R. Bank. P. 8002(c)(2).

The trustee argues that during the period June 10, 2004 through June 21, 2004 that "Attorney Lafayette appeared before the bankruptcy court on five (5) separate hearings.

The hearings which the trustee refers to are (1) a trustee's motion to dismiss case in In Re: Francisco M. Alves; 04-41049H; Chapter 13 Trustee's Motion To Dismiss which was scheduled for 9:30 A.M. on June 16, 2004[1]; (2) In Re: Le Gia Luu; 04-40579; Chapter 13 Trustee's Motion for Order Dismissing Case which was scheduled for 9:30 A.M. on June 16, 2004[2]; (3) In Re: Betsy Ann

---

[1] The docket in this case reads, in part, "06/16/2004  38  Order dated 6/16/04 Regarding [13] Chapter 13 Trustee's Motion for Order Dismissing Case. WITHDRAWN. (ds, usbc)"

[2] The docket reads: "06/16/2004  63  Order dated 6/16/04 RE: [43] Chapter 13 Trustee's Motion for Order Dismissing Case. GRANTED. (ps, usbc)"

Mihalski; 03-46471; which was scheduled for June 16, 2004 at 10:00 a.m. on a Motion for Relief from Stay of Creditor The Bank Of New York;[3] (4) In Re: Ronald C. Harris, and Linda G. Harris a hearing scheduled for June 16, 2004 at 10:00 a.m. on a Motion for Relief from Stay Re: filed by Creditor Bank One, National Association[4]; and (5) In Re: Holly S. Kelly which was hearing scheduled on June 16, 2004 at 10:30 a.m. Springfield Courtroom - HJB RE: [33] Motion for Relief from Stay in Rem Re: 54 Althea St., West Springfield, MA. Filed by Creditor Bank One, N.A.[5]

The truth of the matter is that Attorney Lafayette appeared before the bankruptcy court on June 16, 2004 between the hours of 9:30 a.m. to 10:30 a.m. Even allowing for travel time to and from his office in Palmer, Massachusetts the total time for the five hearings upon which the Chapter 13 Trustee based her opposition is approximately two (2) hours of time.

In the same fashion the Chapter 13 Trustee's argument that Attorney Lafayette filed electronically eighty three (83) pleadings is a bit misleading. The attached affidavit of Jacki Coyer who is a paralegal/legal assistant, who was trained by the bankruptcy court in CM/ECF electronic filing actually filed 50 of

---

[3] The docket states: "06/16/2004  18  Order Dated 6/16/04 Re: [13] Motion for Relief from Stay Re: 193 Draper St., Springfield, MA Filed by Creditor The Bank Of New York. REPORTED SETTLED; STIPULATION SHALL BE FILED WITHIN 14 DAYS. (ab, usbc)"

[4] The docket reflects as follows: 06/16/2004  Hearing Held and Continued. Hearing scheduled for 7/14/2004 at 09:30 AM Springfield Courtroom - HJB RE: [26] Motion for Relief from Stay Re: 125 White St., Springfield, MA Filed by Creditor Bank One, National Association. (ps, usbc)

[5] The docket reflects: "06/16/2004  39  Order dated 6/16/04 RE: [33] Motion for Relief from Stay in Rem Re: 54 Althea St., West Springfield, MA. Filed by Creditor Bank One, N.A. CONTINUED TO JULY 14, 2004 AT 10:00AM IN SPRINGFIELD. (ps, usbc)"

the 84 pleadings. It is important to note that of the thirty three (33) pleadings filed by Attorney Lafayette, same represented twenty nine (29) client cases and Ms. Coyer filed pleadings electronically for 20 of the 29 client filings.[6]

The second part of the Chapter Trustee's argument is that the "tactic of using infirmities" "of alleged ailments" while "actively engaged in the practice of law before the bankruptcy court is" as noted above, a bit misleading as the time period before the bankruptcy court was approximately two (2) hours in court and travel time to and from Palmer, MA on June 16, 2004.

The US Trustee's brief argues at page 5 that "the court expressed skepticism that illness had prevented him from timely perfecting his appeal of the June 10, 2004 order". The US Trustee then argues that Attorney could not have been incapacitate because he "filed 83 pleading" and attended five (5) hearings on July 16, 2004 (sic)[7]. As noted above the hearings were of very short duration in time period from 9:30 a.m. to 10:30 a.m.

The US Trustee incorrectly states a date of May 3, 2003 as a date of hospitalization. The correct date of hospitalization was May 3, 2004. This was the first time that Appellant was diagnosed with diabetes. During the five week period following the hospitalization/diagnosis of diabetes, Appellant was placed on a medication called IC Glyburide 5MG, however the medication

---

[6] See Attached Exhibit "A" Affidavit of Jacki Coyer

[7] The date was June 16, 2004, not July 16, 2004.

did not control the diabetes.

The truth of the matter is that the Appellant during the period of June 10, 2004 to June 21, 2004 was incapacitated and at home for most of the time period in question.

In addition the Appellant has a separate disability which was diagnosed as Charcot-Marie-Tooth Disease later diagnosed as polyneuropathy, a condition which, because of sever pain, is in and of itself disabling.[8]

The U.S. Trustee argues that Appellant "did not explain why he failed to act". The Appellant believes his original motion to extend and the brief of Appellant as filed with this court set forth that both diabetes and polyneuropathy caused a disability which prevented a timely filing of the appeal.

Appellant requests the court granted the Appellant's motion to extend time to file a notice of appeal, as the effects of two disabilities constituted "excusable neglect". While the motion or the actual notice of appeal should have been timely filed regardless of how ill counsel was, this should not be considered to outweigh all the other factors, which favored finding "excusable neglect".

WHEREFORE, Francis Lafayette, requests that the Court reverse the bankruptcy court's order denying the motion to late file appeal as the medical facts establish that the two disabilities of diabetes and polyneuropathy.

---

[8] Because of this disability, the Commonwealth of Massachusetts has issued Appellant a disabled person's parking placard.

Respectfully

_____
Francis Lafayette, J. D.
1024 Park Street
Post Office Box 1020
Palmer, MA 01069
(413) 283-7785
BBO# 282960

## Certificate of Service

    I, Francis Lafayette, J. D., certify that I caused a copy of the foregoing motion to be served upon the parties shown below by mailing a copy of the same, postage prepaid, first class mail on November 3, 2004 to:

Denise M. Pappalardo
Chapter 13 Trustee
Denholm Building
P. O. Box 16607
Worcester, MA 01601

UNITED STATES TRUSTEE
446 Main Street
14th Floor
WORCESTER, MA 01608

Eric K. Bradford, Esq.
Office of The United States Trustee
Thomas P. O'Neill, Jr. Federal Building
10 Causeway Street, Room 1184
Boston, MA 02222

Respectfully

_____
Francis Lafayette, J. D.

*= Jacki Coyer Filings

Transaction Log
Report Period: 06/10/2004 - 06/21/2004

| Id | Date | Case Number | Text |
|---|---|---|---|
| 727099 | 06/10/2004 09:58:57 | 4-04-bk-42668 | Schedules A-J <I>Statement of Financial Affairs, Statement of Intention, Notice To Individual Consumer Debtors, Disclosure Of Compensation Of Attorney For Debtor, Numbered List Of Creditors</I>. Filed by Debtor Candace S Adasiewicz (Lafayette, Franci |
| 727166 | 06/10/2004 10:01:51 | 4-04-bk-42668 | Chapter 13 Agreement between debtor and counsel. Filed by Debtor Candace S Adasiewicz (Lafayette, Francis) |
| 727177 | 06/10/2004 10:04:34 | 4-04-bk-42668 | Chapter 13 Plan With service.. Filed by Debtor Candace S Adasiewicz (Lafayette, Francis) |
| 727187 | 06/10/2004 10:07:12 | 4-04-bk-42668 | Motion to Extend Plan Payment Period To 60 Months Filed by Debtor Candace S Adasiewicz (Lafayette, Francis) |
| 727199 | 06/10/2004 10:12:50 | 4-04-bk-42668 | Declaration Re: Electronic Filing (Re: [11] Schedules A-J,, [12] Chapter 13 Agreement between debtor and counsel, [13] Chapter 13 Plan). Filed by Debtor Candace S Adasiewicz (Lafayette, Francis) |
| | | | Motion to Reconsider (Re: [45] Order on Motion to |

| | | | |
|---|---|---|---|
| 727241 | 06/10/2004 10:18:42 | 4-03-bk-44298 | Dismiss Case, ) <I>with Affidavits and c/s</I> Filed by Debtor Brooke L. Bennett (Lafayette, Francis) |
| 727262 | 06/10/2004 10:25:09 | 4-03-bk-45556 | Motion to Reconsider (Re: [32] Order) <I>with Affidavits and c/s</I> Filed by Debtor James A. Gorski, Joint Debtor Kathleen J. Gorski (Lafayette, Francis) |
| 727467 | 06/10/2004 11:00:33 | 4-03-bk-45556 | Declaration Re: Electronic Filing (Re: [35] Motion to Reconsider). Filed by Debtor James A. Gorski, Joint Debtor Kathleen J. Gorski (Lafayette, Francis) |
| 727515 | 06/10/2004 11:11:39 | 4-03-bk-44298 | Declaration Re: Electronic Filing (Re: [53] Motion to Reconsider). Filed by Debtor Brooke L. Bennett (Lafayette, Francis) |
| * 727796 | 06/10/2004 12:09:56 | 04-43304 | Opened New BK Case 04-43304 |
| * 727850 | 06/10/2004 12:15:32 | 4-04-bk-43304 | Statement of Social Security Number(s). Filed by Debtor Kevin M. Pascale (Lafayette, Francis) |
| * 727868 | 06/10/2004 12:23:05 | 4-04-bk-43304 | Declaration Re: Electronic Filing (Re: [1] Voluntary Petition (Chapter 13) (Attorney)). Filed by Debtor Kevin M. Pascale (Lafayette, Francis) |
| * 727911 | 06/10/2004 12:24:31 | 04-43304 | insert 9 creditors loaded |
| 729383 | 06/10/2004 19:42:31 | 04-43338 | Opened New BK Case 04-43338 |

| | | | |
|---|---|---|---|
| 729385 | 06/10/2004 19:56:27 | 04-43338 | insert 7 creditors loaded |
| 729386 | 06/10/2004 19:58:47 | 4-04-bk-43338 | Statement of Social Security Number(s). Filed by Debtor Jesus M. Cabrera (Lafayette, Francis) |
| 729387 | 06/10/2004 20:01:06 | 4-04-bk-43338 | Declaration Re: Electronic Filing (Re: [1] Voluntary Petition (Chapter 13) (Attorney)). Filed by Debtor Jesus M. Cabrera (Lafayette, Francis) |
| ✱ 729761 | 06/11/2004 17:01:44 | 4-03-bk-46928 | Motion to Convert Case to Chapter 7. Fee Amount W Filed by Debtor Kelly A. Moccio (Lafayette, Francis) |
| ✱ 729762 | 06/11/2004 17:05:38 | 4-03-bk-46928 | Declaration Re: Electronic Filing (Re: [24] Motion to Convert Case to Chapter 7). Filed by Debtor Kelly A. Moccio (Lafayette, Francis) |
| 729766 | 06/11/2004 17:59:13 | 4-03-bk-47195 | Opposition by Debtor Holly S. Kelly Re: [33] Motion for Relief from Stay in Rem Re: 54 Althea St., West Springfield, MA. Filed by Creditor Bank One, N.A. Receipt Number 520763, Fee Amount $150. Objections due by 6/1/2004. c/s (ps, usbc) (Lafa |
| 729771 | 06/11/2004 18:07:16 | 4-03-bk- | Opposition by Debtor Holly S. Kelly Re: [33] Motion for Relief from Stay in Rer Re: 54 Althea St., West Springfield, MA. Filed by Creditor Bank One, N.A. |

|        |                     |                      |                                                                                                                                                                                                                                           |
|--------|---------------------|----------------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|        |                     | 47195                | Receipt Number 520763, Fee Amount $150. Objections due by 6/1/2004. c/s (ps, usbc) (Lafa                                                                                                                                                   |
| 729801 | 06/13/2004 07:16:46 | 4-04-bk-43053        | Schedules A-J <I>Statement of Financial Affairs, Debtor Statement of Intention, Notice To Individual Consumer Debtor, Disclosure of Attorney Compensation in the Amount of $1,500.00, Numbered Listing of Creditors</I>. Filed by Debtor Penny L. McC |
| 729803 | 06/13/2004 07:20:53 | 4-04-bk-43053        | Chapter 13 Plan With service.. Filed by Debtor Penny L. McCarthy (Lafayette, Francis)                                                                                                                                                     |
| 729804 | 06/13/2004 07:24:37 | 4-04-bk-43053        | Motion to Extend Chapter 13 Plan Payment Period Filed by Debtor Penny L. McCarthy (Lafayette, Francis)                                                                                                                                     |
| 729806 | 06/13/2004 08:02:25 | 4-04-bk-43053        | Chapter 13 Agreement between debtor and counsel. Filed by Debtor Penny L. McCarthy (Lafayette, Francis)                                                                                                                                    |
| 729808 | 06/13/2004 08:08:45 | 4-04-bk-43053        | Declaration Re: Electronic Filing (Re: [8] Schedules A-J,, [9] Chapter 13 Plan, [11] Chapter 13 Agreement between debtor and counsel). Filed by Debtor Penny L. McCarthy (Lafayette, Francis) |
| 732044 | 06/14/2004 16:37:45 | 4-04-bk-             | Notice <I>of Change of Mailing Address with c/s</I>. Filed by Debtor                                                                                                                                                                       |



| | | | | |
|---|---|---|---|---|
| | | | 43053 | Penny L. McCarthy (Lafayette, Francis) |
| ✱ | 732175 | 06/14/2004 17:57:31 | 4-04-bk-43026 | Schedules A-J <I>All Schedules and Statements</I>. Filed by Joint Debtor Celeste D. Austin, Debtor Daniel F. Austin (Lafayette, Francis) |
| ✱ | 732190 | 06/14/2004 18:00:40 | 4-04-bk-43026 | Declaration Re: Electronic Filing (Re: [9] Schedules A-J). Filed by Joint Debtor Celeste D. Austin, Debtor Daniel F. Austin (Lafayette, Francis) |
| ✱ | 734558 | 06/15/2004 15:55:14 | 4-04-bk-41885 | First Amended Chapter 13 Plan <I>with c/s</I> (RE: [4] Chapter 13 Plan). Filed by Debtor Michelle A. Mulverhill (Lafayette, Francis) |
| ✱ | 734743 | 06/15/2004 16:40:22 | 4-04-bk-41885 | Motion to Modify Plan <I>with c/s (RE: [19] First Amended Chapter 13 Plan with c/s (RE: [4] Chapter 13 Plan).</I> Filed by Debtor Michelle A. Mulverhill (Lafayette, Francis) |
| ✱ | 734753 | 06/15/2004 16:45:10 | 4-04-bk-41885 | First Amended Schedules. <I>C, I, and J</I> (Re: [1] Voluntary Petition (Chapter 13)(Attorney), Voluntary Petition (Chapter 13)(Attorney)). Filed by Debtor Michelle A. Mulverhill (Lafayette, Francis) |
| | | | 4-04- | Motion to Amend Schedules C, I and J ( [21] Amended |

| | | | |
|---|---|---|---|
| ✳ | 734763 | 06/15/2004 16:48:52 | bk-41885 | Schedules) <I>with c/s</I> Filed by Debtor Michelle A. Mulverhill (Lafayette, Francis) |
| ✳ | 734775 | 06/15/2004 16:52:10 | 4-04-bk-41885 | Declaration Re: Electronic Filing (Re: [19] Amended Chapter 13 Plan, [20] Motion to Modify Plan, [21] Amended Schedules, [22] Motion to Amend Schedules). Filed by Debtor Michelle A. Mulverhill (Lafayette, Francis) |
| ✳ | 734809 | 06/15/2004 17:18:30 | 4-02-bk-47473 | Opposition <I>with c/s</I> by Debtor Heather L. Martin Re: [72] Motion for Relief from Stay Re: 112 E Main St, West Brookfield MA Filed by Creditor Alice Thompson. Objections due by 6/22/2004. Receipt Number 521243, Fee Amount $150. c/s. (mwm, |
| ✳ | 734851 | 06/16/2004 02:17:58 | 4-04-bk-40724 | Motion to Extend Time To File Amended Plan Filed by Debtor Sandra Buckert (Lafayette, Francis) |
| | 734853 | 06/16/2004 03:07:51 | 4-04-bk-40724 | Motion to Extend Time To Satisfy Tax Filing Requirements Filed by Debtor Sandra Buckert (Lafayette, Francis) |
| | 734855 | 06/16/2004 03:40:10 | 4-04-bk-40724 | Exhibit A <I>Motion to Extend Time To Satisfy Tax Filing Requirements Filed by Debtor Sandra Buckert [66]</I>. Filed by Debtor Sandra Buckert (Lafayette, Francis) |

| | | | | |
|---|---|---|---|---|
| | 734857 | 06/16/2004 03:50:23 | 4-04-bk-40724 | First Amended Schedules. <I>C</I> (Re: [10] Schedules A-J, ). Filed by Debtor Sandra Buckert (Lafayette, Francis) |
| | 734860 | 06/16/2004 03:54:11 | 4-04-bk-40724 | Motion to Amend (Re:[68] Amended Schedules) <I>Schedule C</I> Filed by Debtor Sandra Buckert (Lafayette, Francis) |
| * | 736030 | 06/16/2004 15:05:25 | 04-43426 | Opened New BK Case 04-43426 |
| * | 736664 | 06/16/2004 15:12:14 | 4-04-bk-43426 | Statement of Social Security Number(s). Filed by Debtor Jody L. Wheeler (Lafayette, Francis) |
| * | 736716 | 06/16/2004 15:17:53 | 4-04-bk-43426 | Declaration Re: Electronic Filing (Re: [1] Voluntary Petition (Chapter 7) (Attorney)). Filed by Debtor Jody L. Wheeler (Lafayette, Francis) |
| * | 736754 | 06/16/2004 15:20:21 | 04-43426 | insert 8 creditors loaded |
| * | 736829 | 06/16/2004 15:33:02 | 4-03-bk-47113 | Opposition <I>with c/s</I> by Debtor Donald S. Dion Re: [51] Motion for Relief from Automatic Stay Re: 1998 Freightliner Filed by Creditor Daimlerchrysler Services North America, LLC. Receipt 521308, Fee Amount $150. Objections due by 6/28/200 |
| * | 736841 | 06/16/2004 15:36:15 | 4-03-bk-47113 | Opposition <I>with c/s</I> by Debtor Donald S. Dion Re: [47] Chapter 13 Trustee's Motion for Order Dismissing Case <I>with c/s</I>. Objections due by |

| | | | |
|---|---|---|---|
| | | | 6/28/2004. (Pappalardo, Denise) (Lafayette, Francis) |
| ✳ | 737179 | 06/16/2004 16:41:21 | 4-04-bk-42835 | Notice <I>of Rescheduled 341 Meeting of Creditors with c/s</I> (RE: Meeting (Chapter 7)). Filed by Debtor Susana Yankson (Lafayette, Francis) |
| | 737312 | 06/16/2004 17:32:55 | 4-04-ap-4300 | Stipulation By Plaintiff Jacqueline Moreno and American Honda Finance Corp. <I>(Pre-Trial) with c/s</I>. Filed by Plaintiff Jacqueline Moreno (Lafayette, Francis) |
| ✳ | 737321 | 06/16/2004 17:57:10 | 04-43440 | Opened New BK Case 04-43440 |
| ✳ | 737332 | 06/16/2004 18:05:24 | 4-04-bk-43440 | Chapter 13 Plan with service.. Filed by Debtor Herminia M. Arnold (Lafayette, Francis) |
| ✳ | 737335 | 06/16/2004 18:08:23 | 4-04-bk-43440 | Statement of Social Security Number(s). Filed by Debtor Herminia M. Arnold (Lafayette, Francis) |
| ✳ | 737336 | 06/16/2004 18:11:58 | 4-04-bk-43440 | Declaration Re: Electronic Filing (Re: [1] Voluntary Petition (Chapter 13) (Attorney), Voluntary Petition (Chapter 13) (Attorney), [2] Chapter 13 Plan). Filed by Debtor Herminia M. Arnold (Lafayette, Francis) |
| ✳ | 737337 | 06/16/2004 18:13:47 | 04-43440 | insert 14 creditors loaded |
| | | | | Second Amended Chapter 13 |

| | | | |
|---|---|---|---|
| 737351 | 06/17/2004 03:53:47 | 4-03-bk-46552 | Plan (RE: [51] Amended Chapter 13 Plan, [2] Chapter 13 Plan). Filed by Debtor James F. Bouffard, Joint Debtor Mary K. Bouffard (Lafayette, Francis) |
| 737352 | 06/17/2004 06:30:17 | 4-03-bk-46552 | Motion to Amend (Re:[2] Chapter 13 Plan) Filed by Debtor James F. Bouffard, Joint Debtor Mary K. Bouffard (Lafayette, Francis) |
| 737353 | 06/17/2004 07:02:05 | 4-03-bk-46552 | Fourth Amended Schedules. <I>J</I> (Re: [1] Voluntary Petition (Chapter 13), Voluntary Petition (Chapter 13)). Filed by Debtor James F. Bouffard, Joint Debtor Mary K. Bouffard (Lafayette, Francis) |
| 737362 | 06/17/2004 07:56:34 | 4-03-bk-46552 | Motion to Amend (Re:[75] Amended Schedules) <I>J</I> Filed by Debtor James F. Bouffard, Joint Debtor Mary K. Bouffard (Lafayette, Francis) |
| 737425 | 06/17/2004 08:40:04 | 4-03-bk-46552 | Certificate of Service (Re: [74] Motion to Amend, [73] Amended Chapter 13 Plan). Filed by Debtor James F. Bouffard, Joint Debtor Mary K. Bouffard (Lafayette, Francis) |
| 737486 | 06/17/2004 08:55:06 | 4-03-bk-46552 | Declaration Re: Electronic Filing (Re: [75] Amended Schedules, [73] Amended Chapter 13 Plan). Filed by Debtor James F. Bouffard, Joint Debtor Mary K. |

| | | | | |
|---|---|---|---|---|
| | | | | Bouffard (Lafayette, Francis) |
| | 739620 | 06/17/2004 16:13:31 | 4-04-bk-40833 | Opposition <I>with c/s</I> by Debtor William Fenner Re: [19] Motion for Relief from Stay Re: 267 Breckenridge Street, Palmer, MA <I>with C/S and Proposed Order</I>. Fee Amount $150, Filed by Creditor NationsCredit Financial Services Corp Objec |
| ✳ | 742278 | 06/19/2004 12:42:20 | 4-03-bk-46928 | Notice of No Post Petition Creditors.. Filed by Debtor Kelly A. Moccio (Lafayette, Francis) |
| ✳ | 742279 | 06/19/2004 12:52:43 | 4-03-bk-46928 | Declaration Re: Electronic Filing (Re: [31] Notice of No Post Petition Creditors). Filed by Debtor Kelly A. Moccio (Lafayette, Francis) |
| ✳ | 742284 | 06/19/2004 14:14:33 | 4-03-bk-46346 | Objection to Claim <I>No. 5 Massachusetts Department of Revenue with c/s</I> Filed by Debtor Janice M. Provost-Lamy. (Lafayette, Francis) |
| ✳ | 742285 | 06/19/2004 14:25:23 | 4-03-bk-46346 | Declaration Re: Electronic Filing (Re: [30] Objection to Claim). Filed by Debtor Janice M. Provost-Lamy (Lafayette, Francis) |
| ✳ | 742286 | 06/19/2004 14:55:20 | 04-43537 | Opened New BK Case 04-43537 |
| ✳ | 742288 | 06/19/2004 14:57:58 | 4-04-bk-43537 | Statement of Social Security Number(s). Filed by Joint Debtor Janet I. Woods, Debtor Michael J. |

| | | | | |
|---|---|---|---|---|
| | | | | Woods Jr. (Lafayette, Francis) |
| ✳ | 742289 | 06/19/2004 15:00:05 | 4-04-bk-43537 | Declaration Re: Electronic Filing (Re: [1] Voluntary Petition (Chapter 7)(Attorney)). Filed by Joint Debtor Janet I. Woods, Debtor Michael J. Woods Jr. (Lafayette, Francis) |
| ✳ | 742290 | 06/19/2004 15:00:52 | 04-43537 | insert 3 creditors loaded |
| ✳ | 742297 | 06/19/2004 18:50:04 | 4-04-bk-42636 | First Amended Chapter 13 Plan <I>(pre-confirmation)</I> (RE: [2] Chapter 13 Plan). Filed by Debtor Jacalyn E. Rolo (Lafayette, Francis) |
| ✳ | 742298 | 06/19/2004 19:00:20 | 4-04-bk-42636 | Motion to Amend (Re:[12] Amended Chapter 13 Plan) Filed by Debtor Jacalyn E. Rolo (Lafayette, Francis) |
| ✳ | 742301 | 06/19/2004 19:07:36 | 4-04-bk-42636 | Amended Schedules. <I>J</I> (Re: [1] Voluntary Petition (Chapter 13)(Attorney), Voluntary Petition (Chapter 13)(Attorney)). Filed by Debtor Jacalyn E. Rolo (Lafayette, Francis) |
| ✳ | 742302 | 06/19/2004 19:10:33 | 4-04-bk-42636 | Motion to Amend Schedules J ( [14] Amended Schedules) Filed by Debtor Jacalyn E. Rolo (Lafayette, Francis) |
| ✳ | 742303 | 06/19/2004 19:14:39 | 4-04-bk-42636 | Declaration Re: Electronic Filing (Re: [14] Amended Schedules, [12] Amended Chapter 13 Plan). Filed by Debtor Jacalyn E. Rolo |

| | | | |
|---|---|---|---|
| | | | (Lafayette, Francis) |
| ✱ | 742319 | 06/20/2004 20:07:38 | 4-04-bk-40809 | Opposition by Debtor Sylvia A Price Re: [18] Motion for Relief from Stay Re: 128 Newfield Road, Springfield, MA 01119 <I>, Certificate of Service and Proposed Order</I>. Fee Amount $150, Filed by Creditor Wells Fargo Bank Minnesota Objections |
| ✱ | 743423 | 06/21/2004 13:09:53 | 4-04-bk-41129 | Emergency Motion to Appear Telephonically(Re: [11] Hearing Scheduled 6/22/2004 at 02:00 PM in Worcester Courtroom 3 - JBR on [10] Objection of the United States of America, Internal Revenue Service to Confirmation of Debtor's Chapter 13 Plan. ( |
| ✱ | 744472 | 06/21/2004 15:55:09 | 4-02-bk-46690 | Assented To Motion to Continue Hearing (Re: [65] Hearing Scheduled) <I>with c/s</I> Filed by Debtor Sylvia M. Knoll (Lafayette, Francis) |
| ✱ | 744620 | 06/21/2004 16:23:18 | 4-01-bk-43979 | Notice of Post Petition Creditors.. Filed by Debtor Jacqueline Moreno (Lafayette, Francis) |
| ✱ | 744640 | 06/21/2004 16:31:02 | 4-01-bk-43979 | Statement of Intent. Filed by Debtor Jacqueline Moreno (Lafayette, Francis) |
| | | | 4-01- | Declaration Re: Electronic Filing (Re: [55] Statement of Intent, [54] Notice of |

| | | | | |
|---|---|---|---|---|
| ✱ | 744669 | 06/21/2004 16:53:53 | bk-43979 | Post Petition Creditors). Filed by Debtor Jacqueline Moreno (Lafayette, Francis) |
| | 744793 | 06/21/2004 17:03:27 | 4-02-bk-40021 | Motion to Incur Debt Filed by Debtor Sean Edward Barrett (Lafayette, Francis) |
| ✱ | 744797 | 06/21/2004 17:17:08 | 4-02-bk-45958 | Opposition <I>with c/s</I> by Debtor Robert C. Livingstone Jr. Re: [76] Motion for Relief from Stay Re: 125 Verge Street, Springfield, MA Filed by Creditor SFJV-2002-1, LLC. Objections due by 7/5/04. Receipt Number 521502, Fee Amount $150. c/s |
| ✱ | 744805 | 06/21/2004 17:22:09 | 4-02-bk-46690 | Opposition <I>with c/s</I> by Debtor Sylvia M. Knoll Re: [67] Motion for Relief from Stay Re: 37 Oakham Road, Barre, MA 01005 <I>, Certificate of Service and Proposed Order</I>. Fee Amount $150, Filed by Creditor Chase Manhattan Mortgage Corp. |
| ✱ | 744811 | 06/21/2004 17:49:15 | 4-02-bk-46690 | Certificate of Service <I>of Notice of Rescheduled Court Hearing</I> (Re: [59] Chapter 13 Trustee's Motion for Order Dismissing Case). Filed by Debtor Sylvia M. Knoll (Lafayette, Francis) |
| | | | | Opposition by Interested Party James Thompson Re: [20] Motion for Relief from Stay Re: to Proceed |

| | | | |
|---|---|---|---|
| 744843 | 06/21/2004 22:58:04 | 4-04-bk-41214 | in Hampden County Housing Court Filed by Interested Party James Thompson. c/s Receipt Number 521221, Fee Amount $150, Objections due by 6/21/2004. |

**Total Number of Transactions:** 84